IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LAJWHAN DONELLE WILLIAMS**                                                      **PLAINTIFF**
**REG. #01237-104**

v.                                    **CASE NO. 2:21-CV-00060-BSM**

**WILLIAM BARR,** *et al.*                                                          **DEFENDANTS**

## ORDER

LaJwhan Williams has not complied with the order directing him to pay the $402 filing fee or file a motion to proceed *in forma pauperis*. Accordingly, this case is dismissed without prejudice for failure to prosecute. Local R. 5.5(c)(2).

IT IS SO ORDERED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE